IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02421-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

PAUL R. VIGIL,

      Plaintiff,

v.

PAUL TAURIELLO, Director of the Colorado Division of Worker's Compensation,
LAWRENCE BARTON GOLDMAN, M.D.Rehabilitation Associated of Colorado, P.C.,
      and in His Individual Capacity,
BILL DUNN, Sr. JE Dunn Construction Company and in His Individual Capacity,
PHIL KALIN, as President and CEO of Pinnacol Insurance, and in His Individual
      Capacity,
ALEXANDRA E. COLEMAN, Esq. of Ruegsegger Simmons Smith & Stern, LLC, and in
      Her Individual Capacity,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff, Paul R. Vigil, resides in Denver, Colorado.   On October 30, 2015, Mr.

Vigil submitted a purported Complaint (ECF No. 1) and a "Motion Court Plaintiff Leave to

Process without Prepay Pursuant to 28 U.S.C. 1915" (ECF No. 2).   As part of the Court's

review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted

documents are deficient as described in this order. Mr. Vigil will be directed to cure the

following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to

this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ___        is not submitted
(2)  xx        is not on proper form (must use the Court's current form)
(3) ___        is missing original signature by Plaintiff
(4) ___        is missing affidavit

(5)   ____   affidavit is incomplete
(6)   ____   affidavit is not properly notarized
(7)   ____   names in caption do not match names in caption of complaint, petition or
            application
(8)   _xx_   other: in the alternative, Mr. Vigil may pay the $400.00 filing fee.

**Complaint or Petition**:
(9)    ____   is not submitted
(10)  _xx_   is not on proper form (must use the court's current form)
(11)  ____   is missing an original signature by the Plaintiff
(12)  ____   is incomplete
(13)  ____   uses et al. instead of listing all parties in caption
(14)  ____   names in caption do not match names in text of Complaint
(15)  ____   addresses must be provided for all defendants/respondents in "Section A.
            Parties" of complaint, petition or habeas application
(16)  ____   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.   It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in

filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees

or Costs (Long Form), along with the applicable instructions, at www.cod.uscourts.gov,

and shall use the forms to cure the above noted deficiencies.   Plaintiff may pay the

$400.00 filing fee in lieu of filing an *in forma pauperis* motion. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within**

**thirty days from the date of this Order** the action will be dismissed without further

notice.

DATED November 3, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge